UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JENNA COMBEL | * | CIVIL ACTION NO. 2:25-CV-01252 |
| | * | |
| VERSUS | * | JUDGE: SARAH S. VANCE |
| | * | |
| GREAT INTERNATIONAL SUPPLY CHAIN MANAGEMENT CO., LTD, ET AL. | * * * | MAG. JUDGE: EVA J. DOSSIER |

* * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR VOLUNTARY DISMISSAL OF CLASS ACTION CLAIMS AND ALLEGATIONS

COMES NOW, through undersigned counsel, Plaintiff, Jenna Combel, individually and as putative class representative, who moves this Honorable Court, pursuant to Fed. R. Civ. P. 41(a)(2), to dismiss without prejudice, all class action claims and allegations asserted in the captioned action, reserving unto Plaintiff, Jenna Combel, all of her rights, actions, and claims in her individual capacity.

Plaintiff respectfully submits that notice and Court approval of the requested voluntary dismissal of the class action claims and allegations is not required under Fed. R. Civ. P. 23(e) because the class has not been certified. *See, e.g., Adams v. USAA Cas. Ins. Co.*, 863 F.3d 1069, 1081 (8th Cir. 2017) ("The [current] rule requires approval only if the claims, issues, or defenses of a certified class are resolved by a settlement, voluntary dismissal, or compromise.") (citing Fed. R. Civ. P. 23(e)(1)(A), advisory committee's note to 2003 amendment); *see also* 7B WRIGHT & MILLER, FEDERAL PRACTICE & PROCEDURE § 1797 (3d ed. 2017) ("[T]he 2003 amendments make clear that Rule 23(e) only applies to the 'claims, issues, or defenses of a certified class.' Thus, settlements or voluntary dismissals that occur before class certification are outside the scope of subdivision (e).") (footnote omitted).

-2-

Furthermore, the voluntary dismissal of the class action claims and allegations without prejudice at this point in the case—before a scheduling order has been issued or motion for class certification has been made—will not prejudice any potential members of the putative class.

Undersigned counsel have contacted or attempted to contact counsel for all defendants who have appeared in this action to obtain their consent to the dismissal of the class action claims and allegations. To date, no defendant has objected or opposed said dismissal.

WHEREFORE, Plaintiff, Jenna Combel, individually and as putative class representative, prays that all class action claims and allegations asserted in this action be dismissed without prejudice, reserving all of her individual rights, actions and claims.

[SIGNATURE ON FOLLOWING PAGE]

Respectfully submitted,

*/s/ Jeffrey A. Clayman*
H. Minor Pipes, III, 24603
Jeffrey A. Clayman, 30442
Kelsey L. Meeks, 33107
PIPES | MILES | BECKMAN, LLC
1100 Poydras Street, Suite 3300
New Orleans, Louisiana 70163
Telephone: (504) 322-7070
Facsimile: (504) 322-7520
mpipes@pipesmiles.com
jclayman@pipesmiles.com
kmeeks@pipesmiles.com

-and-

**HUBER THOMAS, LLP**
**STEPHEN M. HUBER, BAR NO. 24463**
**LOGAN E. SCHONEKAS, BAR NO. 35309**
**CHRISTOPHER T. WHELEN, BAR NO. 36079**
**LEANDRO R. AREA, BAR NO. 34425**
1100 Poydras Street, Suite 2200
New Orleans, LA 70163
Telephone:    (504) 274-2500
Facsimile:    (504) 910-0838
stephen@huberthomaslaw.com
logan@huberthomaslaw.com
christopher@huberthomaslaw
rylee@huberthomaslaw.com

*Attorneys for Jenna Combel, individually and as putative class representative*