UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JENNA COMBEL                                CIVIL ACTION

VERSUS                                      NO. 25-1252

GREAT INTERNATIONAL                         SECTION "R" (3)
SUPPLY CHAIN
MANAGEMENT CO., ET AL.

# ORDER

The Court ordered plaintiff to file the return of service of process effected on defendants Atlantic, Inc.; Dimo Hemp, LLC; G &A Mart, LLC; Great International Supply Chain Management Co., Ltd.; IK Distributions, LLC; MKM Group, LLC; Mr. Binky's, Inc.; Pluto Brands, LLC; STM Management SP. Z.O.O.; Sweet and Sour Holdings, LLC; Triple A Quick Stop, Inc.; Munchies Smoke Shop, LLC; and Mawaal, LLC.[1] A review of the record indicates that service of process has been filed as to Atlantic, Inc., (R. Doc. 21); Great International Supply Chain Management Co., Ltd. (R. Doc. 20); Pluto Brands, LLC (R. Doc. 22); Sweet and Sour Holdings LLC (R. Doc. 23); Triple A Quick Stop, Inc., (R. Doc. 29); Munchies Smoke Shop, LLC (R. Doc. 24); and Mawaal, LLC (R. Doc. 30).

---

[1] R. Doc. 11.

The Court ordered plaintiff to file into the record the return of service of process effected on defendant G &A Mart, LLC. A review of the record indicates that an answer has been filed (R. Doc. 18).

The Court ordered plaintiff to file the return of service of process effected on defendant Mr. Binky's, Inc. A review of the record indicates that this was an improperly named defendant and Tahoe Investments, LLC was substituted (R. Doc. 5 and R. Doc 35).

In response to an order to file into the return of service of process effected on defendant STM Management SP. Z.O.O., plaintiff filed a Motion to Dismiss party (R. Doc. 31). Under the Court's order (R. Doc 37), defendant STM Management SP. Z.O.O. has been dismissed.

Additionally, the Court ordered plaintiff to file a return of service of process effected on defendants Dino Hemp, LLC; IK Distributions, LLC; and MKM Group, LLC. A review of the record shows no service of process or responsive pleading has been filed as to said defendants.

Further, the Court ordered plaintiff to obtain responsive pleadings or preliminary defaults on the served defendants 420 Vape & Smoke Shop, LLC; Al-Akaber Co. Molassess Distribution 7 Trading, LLC; Cloud 9 NOLA, LLC; Dahab Enterprises, LLC; Herb Import Co.; Mawaal, LLC; Munchies Smoke Shop, LLC; Ra Shop #6, LLC; Ra Shop 14, LLC; Ra Shop 8, LLC; Ra Shop,

LLC; and West Metairie Discount Zone, LLC. A review of the record indicates that an answer was filed by 420 Vape & Smoke Shop, LLC (R. Doc. 18), Al-Akaber Co. Molassess Distribution 7 Trading, LLC (R. Doc., 18), Herb Import Co., (R. Doc. 19), and Ra Shop #6, LLC; Ra Shop 14, LLC; Ra Shop 8, LLC; and Ra Shop, LLC (R. Doc. 25).

As to Dahab Enterprises, LLC, a review of the record indicates that a Peremptory exception and answer were filed in the State Court record (R. Doc. 35).

Finally, the Court ordered plaintiff to obtain responsive pleadings or preliminary defaults on the served defendants Cloud 9 NOLA, LLC and West Metairie Discount Zone, LLC. A review of the record indicates that plaintiff filed a motion for clerk's entry of default (R. Doc. 32). However, the clerk's default was denied, and Plaintiff has not filed a corrected motion for Clerk's entry of default.

IT IS ORDERED that defendants Cloud 9 NOLA, LLC and West Metairie Discount Zone, LLC. are hereby DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute in accordance with this Court's order (R. Doc. 11)

IT IS ORDERED that defendants Dino Hemp, LLC, IK Distributions, LLC, MKM Group, LLC. are hereby DISMISSED WITHOUT PREJUDICE for

plaintiff's failure to effect service, as set forth in Federal Rule of Civil Procedure 4(m) and the Court's December 1, 2025 Order.

The Court ORDERS that the call docket set for December 29, 2025, is satisfied as to the stated defendants.

New Orleans, Louisiana, this   21st   day of January, 2026.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE