UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED SPECIALTY INSURANCE                          CIVIL ACTION
COMPANY, ET AL.

VERSUS                                              NO. 25-1501
                                                    C/W 25-1252

TAHOE INVESTMENTS, LLC DBA                          SECTION "R" (3)
MR. BINKYS #3, ET AL.

                                                    **REF: ALL CASES**

## ORDER AND REASONS

Defendant Tahoe Investments, LLC DBA Mr. Binkys #3 ("Tahoe") moved the Court to consolidate this declaratory judgment action with Civil Action 25-1252 under Federal Rule of Civil Procedure 42(a).[1] The Court consolidated the cases for pre-trial matters and discovery only.[2] The Court now de-consolidates the cases.

Having reviewed the complaint in the underlying personal injury action and the motion for summary judgment in the declaratory judgment action, the Court finds no overlapping discovery issues warrant continued consolidation for discovery purposes.

---

[1]    Civil Action No. 25-1501, R. Doc. 22.
[2]    Civil Action No. 25-1501, R. Doc. 32.

1

IT IS ORDERED that Civil Action No. 25-1252 is hereby DECONSOLIDATED from Civil Action No. 25-1501. The parties shall make all future filings in the individual cases.

IT IS FURTHER ORDERED that the parties shall confer with each other regarding the documents currently filed in the record for Civil Action No. 25-1252 which should be designated in the record for Civil Action 25-1501. Said designation shall be filed no later than **March 25, 2026**.

New Orleans, Louisiana, this 18th day of March, 2026.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

2